FILED

APR 19 2021

Clerk, U.S. District Court
By: [signature] Deputy Clerk

CERTIFIED MAIL™

7010 2780 0003 1928 1038

ICE OF THE CLERK
'ATES DISTRICT COURT
E. QUINCY, ROOM 490
:KA, KANSAS 66683

OFFICIAL BUSINESS

Hasler
04/05/2021
US POSTAGE

FIRST-CLASS MAIL
$04.31º
ZIP 66683
011D11636563

RECEIVED

APR 19 2021

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Abrams Group, LLC d/b/a F
Alfred Abdelmaseh
301 N. Washington St.
Wichita, KS 67202

FRED301 672025371-1121 009 04/09/21
RETURN TO SENDER
:FREDOS
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

67202&2819

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 20-1244 #12

1. Article Addressed to:
Abrams Group d/b/a Fredos Wine and Tapas
Alfred Abdelmaseh
301 N. Washington Street
Wichita KS 67202

9590 9402 2249 6193 8668 04

2. Article Number (Transfer from service label)
7010 2780 0003 1928 1038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**In the United States District Court**
**for the District of Kansas**

Case No. 6:20-cv-1244

MARTIN J. WALSH, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

*Plaintiff*

v.

ABRAMS GROUP, LLC, D/B/A FREDO'S WINE
AND TAPAS AND ALFRED ABDELMASEH

*Defendants*

## **DEFAULT JUDGMENT ORDER**

Before the Court is a Motion by Plaintiff Eugene Scalia, Secretary of the U.S. Department of Labor (the "Secretary"), for Entry of Default Judgment against Defendants Abrams Group, LLC d/b/a Fredo's Wine and Tapas and Alfred Abdelmaseh (collectively "Defendants"). The Court finds the requirements of Rule 55(b) have been satisfied in the present case. Plaintiff's Motion for Entry of Default Judgment is GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of the judgment be, and each of them hereby is, permanently enjoined and restrained from violating the provisions of sections 215(a)(2), (5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 et seq.), hereinafter called the Act, in any of the following manners:

   a. Defendants shall not, contrary to §§ 206 and 215(a)(2), fail to pay their employees who

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE SCALIA,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br>Plaintiff,<br><br>v.<br><br>ABRAMS GROUP, LLC, D/B/A FREDO'S WINE AND TAPAS AND ALFRED ABDELMASEH,<br>Defendants. | CIVIL ACTION FILE<br>NO. 6:20-cv-1244 |

**CLERK'S ENTRY OF DEFAULT**

Upon application of Plaintiff Eugene Scalia, Secretary of Labor, United States Department of Labor, for entry of default against Defendants Abrams Group, LLC d/b/a Fredo's Wine and Tapas and Alfred Abdelmaseh, Defendants having failed to plead or reply to this action or otherwise defendant, Default against Defendants Abrams Group, LLC d/b/a Fredo's Wine and Tapas and Alfred Abdelmaseh is hereby entered by the Clerk of the Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 31st day of March, 2021.

s/ Traci Anderson
Deputy Clerk